UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADAEZE NWOSU, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 24-3183 (UNA) |
| FOUR SEASONS HOTELS LIMITED, | ) ) ) | |
| Defendant. | ) ) ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* (ECF No. 3) and *pro se* complaint (ECF No. 1). The Court GRANTS the application and DISMISSES the complaint without prejudice.

Plaintiff, a citizen of Nigeria, brings this action against Four Seasons Hotels Limited, a Canadian citizen, and asserts diversity of citizenship as the basis for this Court's jurisdiction. *See* Compl. at 2 (page number designated by CM/ECF).

Generally, diversity jurisdiction permits a federal district court to entertain a civil action if the amount in controversy exceeds $75,000 and the parties are citizens of different states. *See* 28 U.S.C. § 1332(a). A district court "may not . . . hear suits between parties who are not citizens of the United States." *Nwosu v. Four Seasons Hotels Ltd.*, No. 24-cv-00025 (CRC), 2024 WL 4332605, at *3 (D.D.C. Sept. 27, 2024) (citations omitted). As plaintiff well knows, "[b]ecause neither party is a U.S. citizen, the Court . . . lacks subject matter jurisdiction over the

1

2

case[.]" *Id*. at *4. Therefore, the Court must dismiss the complaint without prejudice for lack of subject matter jurisdiction. A separate order dismissing the case follows.

DATE: November 15, 2024                          ANA C. REYES
                                                 United States District Judge

2